**Jimmy LUTTRELL, Appellant,**

v.

**James N. MILLER; Frank Morledge, Appellees.**

**No. 02–4110.**

United States Court of Appeals, Eighth Circuit.

Submitted June 25, 2003.

Decided July 23, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Federal inmate Jimmy Luttrell (incarcerated in Arkansas) appeals from the district court's[1] dismissal of his civil complaint and denial of his motion for reconsideration. Having carefully reviewed the record, we conclude that Mr. Luttrell's complaint is time-barred, and that Mr. Luttrell failed to allege sufficient facts to invoke equitable estoppel under Arkansas law. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motion for sanctions.

A true copy.

**1.** The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.